IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **18 CR 137** |
| VS. | § § | CRIMINAL NO. |
| SEAN JOSEPH RODRIGUEZ | § § | |

United States Courts
Southern District of Texas
FILED

MAR 1 4 2018

David J. Bradley, Clerk of Court

### INDICTMENT

**THE UNITED STATES GRAND JURY CHARGES:**

### COUNT I

On or about January 17, 2018, in the Houston Division of the Southern District of Texas,

**SEAN JOSEPH RODRIGUEZ**

defendant herein, with the intent to cause death and serious bodily harm, did intentionally take a motor vehicle, namely, a green 2001 Nissan Xterra, that had been transported, shipped, and received in interstate commerce, from the person and in the presence of another, namely, Margarita Gonzalez and Robert Diaz, by force and violence and by intimidation, in violation of Title 18, United States Code, Sections 2119.

### COUNT II

On or about January 17, 2018, in the Houston Division of the Southern District of Texas,

**SEAN JOSEPH RODRIGUEZ**

defendant herein, did knowingly use, brandish, and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the

1

crime of carjacking as set forth in Count I above and adopted herein, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that upon conviction of Possession of a Firearm During a Crime of Violence, as charged in Count II, all firearms and ammunition involved in or used in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), are subject to forfeiture.

A TRUE BILL

Original signature on File
GRAND JURY FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

JENNIE L. BASILE
ASSISTANT UNITED STATES ATTORNEY